| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Southern District of Texas** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **GAI Air, LLC** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **Chennault Aviation LLC** | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 6 – 3 9 4 5 5 0 1 | |
| 4. Debtor's address | **Principal place of business**<br><br>**15900 Schank Road**<br>Number       Street<br>**Conroe, TX 77306**<br>City                     State   ZIP Code<br><br>**Montgomery**<br>County | **Mailing address, if different from principal place of business**<br><br>Number       Street<br><br>City                     State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number       Street<br><br>City                     State   ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor  **GAI Air, LLC**                                           Case number *(if known)*
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                            MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Kachina Air, Inc.**                Relationship _____<br>        District **Southern District of Texas**   When **10/24/2025**<br>                                                                MM / DD / YYYY<br>        Case number, if known _____ |

Debtor  __GAI Air, LLC_____  Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number  Street <br> _____ <br> City      State    ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>     Contact name _____ <br>     Phone _____ | |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000 <br> ☐ 100-199   ☐ 200-999     ☐ 10,001-25,000     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000     ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor __GAI Air, LLC__  Case number *(if known)* _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/24/2025__
      MM/ DD/ YYYY

X __/s/ Xian Hua Wang__   __Xian Hua Wang__
Signature of authorized representative of debtor   Printed name

Title __President__

**18. Signature of attorney**

X __/s/ Susan Tran Adams__   Date __10/24/2025__
Signature of attorney for debtor   MM/ DD/ YYYY

__Susan Tran Adams__
Printed name

__TRAN SINGH, LLP__
Firm name

__2502 La Branch St.__
Number    Street

__Houston__   __TX__   __77004__
City   State   ZIP Code

_____   __stran@ts-llp.com__
Contact phone   Email address

__24075648__   __TX__
Bar number   State

Debtor  **GAI Air, LLC**
        Name

Case number *(if known)*

**Additional Page**

10. Continued

Debtor  **AWMR LLC**

District  **Southern District of Texas**

Case number, if known

Relationship

When  **10/24/2025**
      MM / DD / YYYY

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **5**

Fill in this information to identify the case:

Debtor name: **GAI Air, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Investar Bank<br>2501 Palmer Highway Suite 100<br>Texas City, TX 77590 | | Promissory Note | | | | $6,074,321.00 |
| 2 | Investar Bank<br>2501 Palmer Highway Suite 100<br>Texas City, TX 77590 | | | | | | $405,000.00 |
| 3 | Regions Bank<br>250 Riverplace Parkway East<br>Birmingham, AL 35244 | | | | | | $63,595.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor    **GAI Air, LLC**    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

AAW Investments Inc.
1701 E Empire Street Suite 360-271
Bloomington, IL 61704

AWMR LLC
1701 E. Empire Street Suite 360271
Bloomington, IL 61704

Cross Creek Management, L.L.C.
27 Noble Bend Drive
Spring, TX 77382

Investar Bank
2501 Palmer Highway Suite 100
Texas City, TX 77590

KaChina Air, Inc.
1701 E Empire Street Suite 360-271
Bloomington, IL 61704

Mihindra Finance
PO Box 2000
Johnston, IA 50131-0020

Plew Properties, LLC
15900 Schank Road
Conroe, TX 77306

Qing Kai Sun
8 Ponds Edge Way
Pittsford, NY 14534

Radius Flex Logistics, LLC
27 Noble Bend Drive
Spring, TX 77382

Regions Bank
250 Riverplace Parkway East
Birmingham, AL 35244

Xian Hua Wang

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **GAI Air, LLC**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **10/24/2025**　　Signature　　　**/s/ Xian Hua Wang**
　　　　　　　　　　　　　　　　　　　　　Xian Hua Wang, President

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE:     **GAI Air, LLC**

CHAPTER **11**

DEBTOR(S)

CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **AAW Investments LLC**<br>1701 E Empire Street Suite 360-271<br>Bloomington, IL 61704 | | | 70% interest holder |
| **Qing Kai Sun**<br>Qing Kai Sun<br>8 Ponds Edge Way<br>Pittsford, NY 14534 | | | 30% interest holder |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Public Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/24/2025**

Signature: **/s/ Xian Hua Wang**
*Xian Hua Wang, President*